United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16741-mdc
Daniel R. Torres                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Aug 10, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
db             +Daniel R. Torres,    7037 Charles Street,    Philadelphia, PA 19135-1601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      PAUL H. YOUNG    on behalf of Debtor Daniel R. Torres support@ymalaw.com,    ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                      TOTAL: 4

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:  DANIEL R. TORRES        :   CHAPTER 13
                                :
        Debtor                  :   BANKRUPTCY NO. 17-16741
```

ORDER TO ALLOW COUNSEL FEES

    AND NOW, this  10th  day of  August , 2018, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel fee:   $3,500
    Total paid by Debtor prepetition:   $1,500
    ($2,000 to be paid in Plan)
    Filing fee paid by client

    The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

    In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,500 which was paid by the Debtor(s) prepetition.**

Date:_____                    _____
                                                               J.

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor