# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DANIEL TORRES  :  CHAPTER 13
                      :
    Debtor(s)         :  BANKRUPTCY NO. 17-16741

## ORDER

AND NOW, this 9th day of June, 2020, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Fifth Amended Plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge