# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-16741-MDC

DANIEL R TORRES

7037 CHARLES STREET

PHILADELPHIA, PA 19135

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANIEL R TORRES

7037 CHARLES STREET

PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Date: 1/26/2021

                            /S/ William C. Miller
                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee