**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| DANIEL R. TORRES | : | |
| Debtor | : | BANKRUPTCY NO.   17-16741AMC |

**PRAECIPE TO WITHDRAW TRUSTEE'S**
**AMENDED FINAL REPORT**

    Please withdraw Chapter 13 Trustee's AMENDED Final Report (DOCKET NO 92) as this was filed IN ERROR.

Respectfully submitted,

/s/ KENNETH E. WEST

4/9/24

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19107
Phone: 215-627-1377